IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD L. JACKSON, JR., )<br>            )<br>    Petitioner, )<br>            )<br>v.          )<br>            )<br>LYDIA C. HENSE, Warden, )<br>            )<br>    Respondent. )<br>_____ ) | No. C 08-4974 MMC (PR)<br><br>**ORDER GRANTING PETITIONER'S FIRST REQUEST FOR EXTENSION OF TIME TO FILE TRAVERSE**<br><br>**(Docket Nos. 11, 15)** |

Good cause appearing, petitioner's request for an extension of time to file a traverse to the answer to the petition is hereby GRANTED. Petitioner shall file his traverse on or by **October 20, 2009**.

This order terminates Docket Nos. 11 and 15.

IT IS SO ORDERED.

DATED: September 3, 2009

_____
MAXINE M. CHESNEY
United States District Judge