United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD L. JACKSON, JR., ) | No. C 08-4974 MMC (PR) |
| Petitioner, ) | **ORDER GRANTING PETITIONER'S SECOND REQUEST FOR EXTENSION OF TIME TO FILE TRAVERSE** |
| v. ) | |
| LYDIA C. HENSE, Warden, ) | **(Docket No. 17)** |
| Respondent. ) | |
| _____ ) | |

    Good cause appearing, petitioner's request for an extension of time to file a traverse to the answer to the petition is hereby GRANTED.  Petitioner shall file his traverse on or by **January 5, 2010**.

    This order terminates Docket No. 17.

    IT IS SO ORDERED.

DATED: October 30, 2009

_____
MAXINE M. CHESNEY
United States District Judge