IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CLIFFORD L. JACKSON, JR., | ) | No. C 08-4974 MMC (PR) |
| Petitioner, | ) ) | **ORDER GRANTING PETITIONER'S THIRD REQUEST FOR EXTENSION OF TIME TO FILE TRAVERSE** |
| v. | ) ) | |
| LYDIA C. HENSE, Warden, | ) | **(Docket No. 20)** |
| Respondent. | ) ) | |

Good cause appearing, petitioner's third request for an extension of time to file a traverse to the answer to the petition is hereby GRANTED. Petitioner shall file his traverse on or by **March 1, 2010**. As petitioner has now been provided with approximately nine months to file a traverse, no further extensions will be granted absent a showing of extraordinary circumstances. In particular, the fact that petitioner is on lockdown status at High Desert State Prison will not suffice as a reason for continued extensions, given that petitioner does have limited law library access as well as access to respondent's answer and attached exhibits, which include petitioner's state appellate briefs.

This order terminates Docket No. 20.

IT IS SO ORDERED.

DATED: January 14, 2010

MAXINE M. CHESNEY
United States District Judge