IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD L. JACKSON, JR.,<br><br>Petitioner,<br><br>v.<br><br>LYDIA C. HENSE, Warden,<br><br>Respondent.<br>_____ | No. C 08-4974 MMC (PR)<br><br>**ORDER GRANTING PETITIONER'S FOURTH REQUEST FOR EXTENSION OF TIME TO FILE TRAVERSE**<br><br>**(Docket No. 23)** |

Good cause appearing, petitioner's fourth request for an extension of time to file a traverse to the answer to the petition is hereby GRANTED. Petitioner shall file his traverse on or by **August 1, 2010**.

This order terminates Docket No. 23.

IT IS SO ORDERED.

DATED: April 27, 2010

_____
MAXINE M. CHESNEY
United States District Judge