IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD L. JACKSON, JR., )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>MIKE McDONALD, Warden, )<br>)<br>Respondent. )<br>_____ ) | No. C 08-4974 MMC (PR)<br><br>**ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL; DIRECTIONS TO CLERK**<br><br>**(Docket No. 42)** |

On October 30, 2008, petitioner, a California prisoner proceeding pro se, filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging the validity of a judgment obtained against him in state court. On February 17, 2012, the Court denied the petition on the merits and denied a certificate of appealability. Petitioner thereafter filed a notice of appeal. Now before the Court is petitioner's request to proceed in forma pauperis on appeal. In its order denying the petition, the Court declined to issue a certificate of appealability and determined there were no valid grounds for an appeal. Consequently, petitioner fails to show good cause to proceed in forma pauperis on appeal.

Accordingly, the request to proceed in forma pauperis on appeal is hereby DENIED.

The Clerk is hereby DIRECTED to send a copy of this order to petitioner and to the Ninth Circuit Court of Appeals, wherein petitioner may renew his request. See Fed. R. App. P. 24(a).

This order terminates Docket No. 42.

IT IS SO ORDERED.

DATED: April 25, 2012


MAXINE M. CHESNEY
United States District Judge